UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PEARL O. MADRIAL )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>MERRICK GARLAND, US Attorney )<br>General )<br>        Defendant ) | **JUDGMENT**<br>5:23-CV-372-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered 12/28/23, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED and this action is DISMISSED without prejudice for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on December 28, 2023, and Copies To:**
Pearl O. Madrial (via U.S. Mail) 428 Swans Mill Xing, Raleigh, NC 27614
Rudy Renfer (via CM/ECF Notice of Electronic Filing)


December 28, 2023                  PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk